ABBY M. SHAW and another v. GEORGE S. T. NEWELL,
Administrator.

In case of an appeal from the decree of a court of probate, allowing the report
of commissioners on an insolvent estate, notice of the appeal must be given to
the creditors adversely interested, and notice to the administrator alone is
insufficient   The decision in *Sheldon, Adm'r*, v. *the Court of Probate of
Johnston*, 5 R. I., 436, reäffirmed.

APPEAL by Abby M. and Annie M. Shaw from a decree of
the Municipal Court of the city of Providence exercising pro-
bate jurisdiction, passed July 28th, 1868, affecting the distribu-
tion of the estate of Asa Newell, which had been represented
insolvent, and of which the said George S. T. Newell was ad-
ministrator.

The reason of appeal was, that said decree was erroneous in
this, that it ordered the same dividends paid to the creditors of
Newell & Daniels, a firm of which said Asa Newell had been a
member while living, as it ordered paid to the individual cred-
itors of said Asa Newell.   No service was made of the reasons
of appeal on any person except the administrator of said Asa
Newell.

*James Tillinghast,* for the administrator, moved to dismiss the
appeal for want of notice to creditors adversely interested, and
referred to the case of *Sheldon, Adm'r,* v. *the Court of Probate of
Johnston,* 5 R. I. 436.

*B. N. Lapham, contra,* contended that notice to the adminis-
trator was sufficient.

THE COURT, after having held the case for advisement, de-
cided, under the precedent of *Sheldon, Adm'r,* v. *the Court of
Probate of Johnston,* that the notice was insufficient, and dis-
missed the appeal, but without costs.

*Appeal dismissed.*